WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Billing Solutions LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Partners Project Incorporated,<br><br>　　　　Defendant. | No. CV-17-08089-PCT-ESW<br><br>**DEFAULT JUDGMENT** |

The Court having considered Plaintiff/Counter Defendant's Rule 55(b) Motion for Default (Doc. 39), there having been no response, and good cause appearing,

IT IS ORDERED granting the Rule 55(b) Motion for Default (Doc. 39).

IT IS FURTHER ORDERED granting Plaintiff's Application for Attorneys' Fees and Costs (Doc. 39-1). Plaintiff is awarded its reasonable attorneys' fees and costs in the amount of $6,504.00.

IT IS FURTHER ORDERED entering judgment in favor of Billing Solutions, LLC and against Partners Project, Inc. in the amount of $183,835.08 with interest to accrue thereon at the legally allowed rate.

Dated this 22nd day of May, 2018.

Honorable Eileen S. Willett
United States Magistrate Judge